## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | : | |
| SHANNON Z. KOLNSBERG et al. | : | |
| Plaintiffs | : | CASE NO. 3:25-cv-01515 (JCH) |
| | : | |
| v. | : | |
| | : | January 15, 2026 |
| BOEHRINGER INGELHEIM USA | : | |
| CORPORATION et al. | : | |
| Defendants | : | |
| | : | |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendants, Boehringer Ingelheim USA Corporation, the Board of Directors of Boehringer Ingelheim USA Corporation, and the Plan Sponsor Committee of Boehringer Ingelheim USA Corporation (collectively, "Defendants"), through undersigned counsel, move to dismiss Plaintiffs' Amended Complaint (ECF No. 31) for failure state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Plaintiffs' claims for breach of fiduciary duty and prohibited transactions rely on flawed legal arguments and unsupported factual assumptions.  As such, Plaintiffs' claims fall short of ERISA's context specific pleading standards and should be dismissed.

**WHEREFORE**, Defendants request that the Court grant their Motion to Dismiss.

Dated: January 15, 2026

Respectfully submitted,

**JACKSON LEWIS P.C.**

/s/ René E. Thorne
René E. Thorne (*pro hac vice*)
Rene.Thorne@jacksonlewis.com
Adam R. Carlisle (*pro hac vice*)
Adam.Carlisle@jacksonlewis.com
Amanda Munguia (*pro hac vice*)
Amanda.Munguia@jacksonlewis.com

1

601 Poydras Street, Suite 1400
New Orleans, LA  70130
P: (504) 208-1755

Phillip C. Thompson (*pro hac vice*)
Phillip.Thompson@jacksonlewis.com
7101 College Blvd., Suite 1200
Overland Park, KS  66210
P: (913) 981-1018

Adam J. Lyke (ct30487)
Adam.Lyke@jacksonlewis.com
90 State House Square, 8th Floor
Hartford, CT  06103
P: (860) 522-0404

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2026 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

/s/      *René E. Thorne*
René E. Thorne

2