**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

SHANNON Z. KOLNSBERG et al.,
Plaintiffs,

Case No. 3:25-cv-01515-OAW

v.

BOEHRINGER INGELHEIM USA CORPORATION, et al.,
Defendants.

**PROPOSED ORDER SETTING PRELIMINARY APPROVAL DEADLINE AND STAYING PROCEEDINGS**

Upon consideration of the parties' Joint Status Report and Motion to Set Preliminary Approval Deadline and Stay Proceedings, and for good cause shown, the motion is GRANTED. The Court orders:

1. Plaintiffs shall file their motion for preliminary approval of the proposed class settlement, with supporting papers, on or before December 7, 2026.

2. Plaintiffs' motion for class certification at ECF No. 53 is held in abeyance. The contemplated renewed motion for litigation class certification discussed in ECF No. 71 is deferred pending further order. Plaintiffs may seek certification of a settlement class with their preliminary-approval motion.

3. Further merits proceedings and litigation deadlines, including discovery and merits motion practice, are STAYED pending the settlement approval process and further order. The stay does not restrict settlement documentation, agreed information exchanges needed for settlement approval or administration, settlement-related filings, or compliance with Court orders concerning settlement.

4. If the preliminary-approval motion is not filed by December 7, 2026, the parties shall file a joint status report by that date explaining the circumstances and proposing further scheduling

relief. They shall promptly notify the Court if the settlement cannot be completed or approved and propose a schedule for resuming litigation.

**SO ORDERED.**

Dated: ____________________

________________________________
Omar A. Williams
United States District Judge